**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER BARRAGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRISTAR PRODUCTS, INC. and DOES 1 to 15, Inclusive,<br><br>　　　　　Defendant(s). | Case No. 5:21-cv-01105-FWS-SP<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE [23]** |

///
///
///

- 1 -

Having considered and reviewed the Parties' Stipulation for Dismissal with Prejudice [23] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief. Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: January 19, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE